UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEIANETTA YOUNG,

Plaintiff,

v.

PRESBYTERIAN VILLAGES
OF MICHIGAN,

Defendant.
______________________________/

Case No. 12-13496

Hon. John Corbett O'Meara

**ORDER OF PARTIAL DISMISSAL**

On August 8, 2012, Plaintiff filed her complaint alleging race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 and the Michigan Elliott-Larsen Civil Rights Act. Plaintiff does not allege diversity jurisdiction. Although Plaintiff's Title VII claims are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Elliott-Larsen Civil Rights Act claims are DISMISSED.

s/John Corbett O'Meara
United States District Judge

Date: August 16, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 16, 2012, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager