UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEIANETTA YOUNG,

    Plaintiff,

v.

PRESBYTERIAN VILLAGES
OF MICHIGAN,

    Defendant.
_____/

Case No. 12-13496

Hon. John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

On August 8, 2012, Plaintiff filed her complaint alleging race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 and the Michigan Elliott-Larsen Civil Rights Act. Plaintiff does not allege diversity jurisdiction. Although Plaintiff's Title VII claims are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Elliott-Larsen Civil Rights Act claims are DISMISSED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: August 16, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 16, 2012, using the ECF system and/or ordinary mail.

<div style="margin-left:50%;">

s/William Barkholz  
Case Manager

</div>